```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23823
   MATTHEW RYAN KLANN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2637


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/15/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was converted to chapter 7 after confirmation 07/18/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED          19349.00       1207.92      19349.00
AT & T UNIVERSAL CARD     UNSECURED       NOT FILED          .00           .00
BANK OF AMERICA NA        UNSECURED         4176.24          .00        412.40
ECAST SETTLEMENT CORP     UNSECURED         4708.35          .00        464.96
BANK OF HAWAII            UNSECURED        34761.39          .00       3432.71
CAPITAL ONE               UNSECURED        15763.42          .00       1556.65
CENTENNIAL WIRELESS       UNSECURED          113.95          .00           .00
CHASE BANK                UNSECURED         7720.18          .00        762.38
RESURGENT CAPITAL SERVIC  UNSECURED         9540.48          .00        942.14
ECAST SETTLEMENT CORP     UNSECURED        10108.07          .00        998.19
FLEET                     UNSECURED       NOT FILED          .00           .00
MBNA AMERICA              UNSECURED       NOT FILED          .00           .00
WELLS FARGO AUTO FINANCE  UNSECURED           31.10          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00           .00
*LEEDERS & ASSOCIATES LT  DEBTOR ATTY       1,200.00                   1,200.00
TOM VAUGHN                TRUSTEE                                      1,578.40
DEBTOR REFUND             REFUND                                          15.25

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             31,920.00

PRIORITY                                      .00
SECURED                                 19,349.00
    INTEREST                             1,207.92
UNSECURED                                8,569.43
ADMINISTRATIVE                           1,200.00
TRUSTEE COMPENSATION                     1,578.40
DEBTOR REFUND                               15.25

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 23823 MATTHEW RYAN KLANN
```

```
                              ---------------      ---------------
TOTALS                           31,920.00            31,920.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/11/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE